IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL DIAGNOSTIC LABORATORIES, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>INDEPENDENCE BLUE CROSS and LABORATORY CORPORATION OF AMERICA HOLDINGS,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 16-5855 |

# ORDER

**AND NOW**, this 30th day of August, 2017, upon consideration of the Defendants' Motions to Dismiss, (ECF Nos. 43 & 44), the Plaintiff's Responses, (ECF Nos. 47 & 48), and the Defendants' Replies, (ECF Nos. 49 & 50), it is hereby **ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part as follows:

1. **GRANTED** with respect to Count I; Count I is **DISMISSED** with prejudice;

2. **GRANTED** with respect to Count II; Count II is **DISMISSED** with prejudice;

3. **DENIED** with respect to Count III;

4. **DENIED** with respect to Count IV.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.