IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL DIAGNOSTIC LABORATORIES, LLC, *Plaintiff*, v. INDEPENDENCE BLUE CROSS and LABORATORY CORPORATION OF AMERICA HOLDINGS, *Defendants*. | CIVIL ACTION No. 16-5855 |

## ORDER

**AND NOW**, this 9th day of October, 2018, upon consideration of the Defendants' Motions for Summary Judgment, (ECF Nos. 88 & 89), the Plaintiff's Responses, (ECF Nos. 94 & 95), and the Defendants' Replies, (ECF Nos. 117 & 118), and after hearing oral argument, (ECF No. 123), it is **ORDERED** that the Motions are **GRANTED**. Judgment is entered for the Defendants.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.